479 A.2d 1102

Commonwealth v. O'Dooley, Appellant.

Petition for Allowance of Appeal
Denied Nov. 5, 1984.

Submitted March 23, 1984. Barry Smith, for appellant; Albert A. Amoroso, Assistant District Attorney, for Commonwealth, appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Affirmed.

479 A.2d 1103

Commonwealth v. Olswfski, Appellant.

Argued March 14, 1984. John T. Stish, for appellant; Steven R. Guccini, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WIEAND and CIRILLO, JJ.

Judgment of sentence affirmed.